# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BETTY J. READY, | Case No.: 2:18-cv-01983-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 13) |
| TRANS UNION, LLC, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 13. The Court **ORDERS** the parties to file a stipulation of dismissal no later than April 1, 2019.

IT IS SO ORDERED.

Dated: January 30, 2019

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge